**Order entered June 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00852-CV

## PAYSON PETROLEUM, INC. AND MATTHEW CARL GRIFFIN, Appellant

## V.

## J. MICHAEL WHEELER AND JMW BROWN #1, LLC, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06306**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Based on our opinion of this date, we **AFFIRM** the trial court's February 26, 2015 order

setting supersedeas security.  We **LIFT THE STAY** granted by order of March 11, 2015.


/s/      CAROLYN WRIGHT
CHIEF JUSTICE